UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **LAVON JONES, JR.** | **CIVIL ACTION NO. 14-3175** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **STEEL FABRICATORS OF MONROE, LLC.** | **MAG. JUDGE KAREN L. HAYES** |

**JUDGMENT**

For the reasons set forth in this Court's Ruling, and for those additional reasons set forth in the Magistrate Judge's Memorandum Order [Doc. No. 34] and Report and Recommendation [Doc. No. 35], which this Court finds correct under the law,

IT IS ORDERED that Defendant Steel Fabricators of Monroe, LLC's ("Steel Fabricators") motion to dismiss, contained within its "Motion to Dismiss/Alternatively, Motion to Compel Deposition & Motion for Attorneys' Fees and Costs" [Doc. No. 22] is DENIED.

IT IS FURTHER ORDERED that Plaintiff Lavon Jones, Jr.'s ("Jones") motion to dismiss [Doc. No. 36] is also DENIED.

IT IS FURTHER ORDERED that Steel Fabricators' motion to dismiss this lawsuit with prejudice, contained in its response to Jones' motion to dismiss [Doc. No. 37] is DENIED.

IT IS FURTHER ORDERED that Steel Fabricators' alternative motion to order Jones to attend his October 15, 2015 deposition, contained in Steel Fabricators' response [Doc. No. 37] is GRANTED. Jones has already been ordered by the Magistrate Judge to attend the deposition and to answer the questions in good faith, *see* [Doc. No. 34], but the Court reiterates that order. **If Jones fails to attend his deposition and to answer questions in good faith, he risks dismissal of his lawsuit with prejudice.**

MONROE, LOUISIANA, this 14th day of October, 2015.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE