UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| LAVON JONES, JR | * | CIVIL ACTION NO. 14-3175 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| STEEL FABRICATORS OF MONROE LLC | * | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that the Motion to Dismiss [Doc. No. 40] filed by Defendant Steel Fabricators of Monroe, LLC, is hereby GRANTED, and Plaintiff's claims are DISMISSED WITH PREJUDICE. All pending motions are DENIED AS MOOT.

MONROE, LOUISIANA, this 12th day of January, 2016.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE